## SCOTT v. DENZIGER.

Decided June 7, 1927.

**Rules to Show Cause—Dismissal for Lack of Diligence.**

On motion to dismiss defendant's rule to show cause.

Before Justices PARKER and CAMPBELL.

For the motion, *Feder & Rinzler.*

*Contra, Minnie Simon.*

MEMORANDUM.

The motion is to dismiss a rule to show cause held by defendant why a verdict against him should not be set aside. Such dismissal is asked upon the ground of lack of prosecution. There is an absolute lack of diligence. Nothing has been done under the rule since its allowance.

The motion is therefore granted and the rule dismissed, with costs.